**Order entered October 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00361-CR
No. 05-20-00362-CR
No. 05-20-00363-CR
No. 05-20-00365-CR
No. 05-20-00366-CR
No. 05-20-00367-CR
No. 05-20-00368-CR

**MARCUS JOHNSON-MCBRYDE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-83474-2018, 380-81396-2019, 380-81395-2019,**
**199-83250-2018, 199-83247-2018, 199-83246-2018 & 199-81278-2018**

**ORDER**

On September 30, 2020, appellant filed a letter asking for access to the record in order to file a pro se response to counsel's *Anders* brief. In the letter, appellant states that counsel sent the record on a thumb drive which he cannot access. This is because regulations of the Texas Department of Criminal Justice

prohibit an inmate from receiving CDs, DVDs, or thumb drives. We shall treat appellant's letter as a motion.

We **GRANT** appellant's motion and **ORDER** appellate counsel Wm. Randall Johnson to provide appellant with paper copies of the clerk's and reporter's records. We **FURTHER ORDER** Mr. Johnson to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **December 18, 2020**. If appellant does not file a pro se response by December 18, 2020, the appeals will be submitted upon the brief of counsel.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Wm. Randall Johnson; and the Collin County District Attorney's Office.

We **DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to Marcus Johnson-McBryde, TDCJ# 02310543, Ferguson Unit, 12120 Savage Dr., Midway, Texas 75852-3654.

/s/    LANA MYERS
JUSTICE